JS-6

John K. Rubiner / Bar No. 155208
*jrubiner@fmglaw.com*
**FREEMAN, MATHIS & GARY, LLP**
550 South Hope Street, Suite 2200
Los Angeles, California 90071-2627
Telephone: (213) 615-7000
Facsimile: (833) 264-2083

John Zaccaria (*pro hac vice*)
*john.zaccaria@notaromichalos.com*
Alan Federbush (*pro hac vice*)
*alan.federbush@notaromichalos.com*
**NOTARO MICHALOS & ZACCARIA P.C.**
100 Dutch Hill Road, Suite 240
Orangeburg, NY 10962
Telephone: (845) 359-7700
Facsimile: (845) 359-7798

*Attorneys for Plaintiff*
*E. Mishan & Sons, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. Mishan & Sons, Inc.,<br><br>Plaintiff,<br>v.<br><br>Goli Enterprises, Inc.,<br>David M. Golban,<br>Connectcomp Inc.,<br>Ray Arriola,<br>Janjua Transport,<br>Paramvir Singh,<br>and DOES 1-5,<br><br>Defendants. | Case No. CV 23-4064-GW-AGRx<br><br>**ORDER FOR PERMANENT INJUNCTION** |

E. Mishan & Sons, Inc. ("Plaintiff" or "Emson") and non-defaulting defendants Goli Enterprises Inc. ("Goli"), David Golban ("Golban"), Connectcomp Inc. ("Connectcomp"), and Ray Arriola ("Arriola"), have agreed upon a settlement of their differences pursuant to a settlement agreement and including the entry of the following stipulated permanent injunction ("Permanent Injunction") and the following agreed Statement of Facts.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

## STATEMENT OF FACTS

1. Emson is a New York corporation with a place of business located at 230 Fifth Avenue, New York, NY 10001.
2. Goli is a California corporation with a place of business at 2890 Sierra Pine, Vernon, California 90058.
3. Golban is an individual residing in California. Mr. Golban is the President, CEO, CFO, Secretary, Director and registered agent of Goli Enterprises, Inc. ("Goli" and "Golban" together referred to as the "Goli Defendants").
4. Connectcomp is a California corporation with a place of business at 3020 N. Hesperian Way, Santa Ana, California 92706.
5. Arriola is an individual residing in California. Mr. Arriola is the CEO, CFO, Secretary and registered agent of Connectcomp, Inc. ("Connectcomp" and "Arriola" together referred to as the "Connectcomp Defendants").
6. Goli, Golban, Connectcomp, and Arriola combined are herein referred to as "Defendants."
7. On May 25, 2023, Emson commenced this action against the Goli Defendants by filing a Complaint for: (1) Violation of California Penal Code Section 496; and (2) Conversion (the "Action"). [Dkt. No. 1].
8. On January 23, 2024, Emson added the Connectcomp Defendants to the Action by filing a First Amended Complaint for: (1) Violation of California Penal Code Section 496; (2) Conversion; and (3) Violation of Business & Professions Code Section 17200 [Dkt. No. 38].

## PERMANENT INJUNCTION AND ORDER

WHEREFORE, upon the consent and request of Emson and the Defendants, **IT IS HEREBY ORDERED THAT**:

1. The Defendants and their officers, owners, agents, servants, and employees, and all others in active concert or participation with any of

them, who receive actual notice hereof, are hereby permanently enjoined from:

a. Soliciting to purchase, offering for sale, selling, advertising, distributing, handling, transporting, transferring, trading, dealing or otherwise trafficking in any existing or future Emson product, whether the product be new, used, close-out, damaged, returned goods or the like, unless those products have been directly purchased from Emson. A non-exhaustive list of Emson product brands is attached as Exhibit A hereto. Emson may from time to time supplement the list in Exhibit A upon notice given pursuant to terms of the settlement agreement between the parties.

b. Purchasing or otherwise acquiring any existing or future Emson product from any source other than directly from Emson.

c. Assisting, inducing, aiding, or abetting any other person in engaging in or performing any of the activities referred to in paragraphs (1.a) and/or (1.b) above.

2. In the event any of the Defendants violate any term in Section 1 of this Permanent Injunction, Emson shall be entitled to relief against each violating defendant as follows:

a. injunctive relief;

b. its reasonable attorneys' fees and costs incurred as a result of such violation; and

c. any other remedies permitted by law, or liquidated damages of $75,000, if greater.

3. This is a final order. The parties hereby waive any right to appeal this Permanent Injunction.

4. This Court has jurisdiction over the subject matter of this action and over the parties to this action.

5. This Court shall retain jurisdiction of this matter and the parties for purposes of enforcing this Permanent Injunction.
6. This action is dismissed with prejudice pursuant to Rule 41(a)(2) with respect to the Goli Defendants and the Connectcomp Defendants only. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: August 13, 2024

HON. GEORGE H. WU,
United States District Judge

**EXHIBIT A – Emson Brands**

**GRANITESTONE**

**GOTHAM STEEL**

**BELL + HOWELL**

**EMSON**

**ALIEN TAPE**

**BETTERBRELLA**

**BIONIC**

**BIONIC BLADE**

**BIONIC FLEX**

**BIONIC FORCE**

**BIONIC STEEL**

**BIONIC BLENDER**

**BULLSEYE**

**CAR CANE**

**DISKLIGHT**

**EGG GENIE**

**HIGH BURST**

**HYDROSTEEL**

**INSTASEAL**

**MYFOLDAWAY MIRROR**

**NUTRIBLADE**

**NUTRICHOPPER**

**NUTRICUTTER**

**PAW PERFECT**

**PETZOOM**

**PIEZANO**

**QUADBURST**

**RICE ROBOT**

**RUVIO**

**SCRUBTASTIC**

**SOCKET FANLIGHT**

**STACKMASTER**

**TACLANTERN**

**TACLIGHT**

**TACVISOR**

**TRIBURST**

**VACUTRIM**

**XHOSE**